United States District Court
Southern District of Texas
ENTERED
February 28, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ALFONSO RAMOS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23cv04580** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**SCHEDULING/DOCKET CONTROL ORDER**

Anticipated Length of Trial: 1 Days — Jury: ___ Non-Jury: X

| | | | |
|---|---|---|---|
| 1. | (a) | NEW PARTIES shall be joined by: The Attorney causing the addition of new parties will provide copies of this Order to new parties. | 6/9/2024 |
| | (b) | **AMENDMENT TO PLEADINGS** by Plaintiff or Counter—Plaintiff shall be filed by: | 6/9/2024 |
| 2. | | EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: | 7/5/2024 |
| 3. | | EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: | 7/19/2024 |
| 4. | | DISCOVERY must be completed by: Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. | 8/16/2024 |
| 5. | | DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by: | 12/12/2024 (Due 90 days prior to Trial) |

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* (The Court will fill in this date) — 3/3/2025 (Due the Monday before Trial)

7. TRIAL will begin at 9:00 a.m. — 3/10/2025 (15 Months from the date case filed)

February 27, 2024
Date

Keith P. Ellison
United States District Judge

February 27, 2024
Date

/s/ Selina Valdez (w/permission)
Selina Valdez
Counsel for Plaintiff

February 27, 2024
Date

/s/ Iwana Rademaekers
Iwana Rademaekers
Counsel for Defendant